# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2007

Charles R. Fulbruge III
Clerk

No. 06-11372

JOHN OGLESBY

Plaintiff-Appellant

V.

AT&T CORP; AT&T PENSION PLAN

Defendants-Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas Division
USDC No. 3:05-cv-00434

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant John Oglesby appeals the decision of the district court rejecting his argument that Defendants-Appellees AT&T Corp. and AT&T Pension Plan are required to undo his election of a beneficiary for his pension plan based on the annulment of his marriage to the beneficiary. The district court reasoned that because Oglesby had begun receiving benefits under the plan, his beneficiary election was irrevocable. Therefore, Oglesby's former wife could not waive her future interest in the plan.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having reviewed the briefs and pertinent parts of the record in light of this court's recent decision in Kennedy v. Plan Administrator for Dupont Savings & Investment Plan, 497 F.3d 426, 429–31 (5th Cir. 2007), which applied ERISA's anti-alienation provision to pension funds and ruled that a beneficiary cannot waive her future benefits in a plan, we affirm the district court's decision.

AFFIRMED.